UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TATALU HELE DADA, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-1093** |
| **DIANNE WITTE, in her official capacity as Interim New Orleans Field Office Director, U.S. Immigration and Customs Enforcement, et al.** | **SECTION: T (4)** |

## JUDGMENT

On this date, the Court issued an order dismissing Plaintiff's Petition and Complaint without prejudice for lack of jurisdiction.

Accordingly,

**IT IS ORDERED, ADJUDICATED, AND DECREED** that judgment shall be entered in favor of Defendants and against Plaintiffs, and all claims in the above-captioned matter are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 6th day of April 2020.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE